**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7           IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                  SAN FRANCISCO DIVISION

10   Olympus Strategic Inv. Fund, LLC, et al.,        NO. C 04-04399 JW
11              Petitioners,
        v.
12
     United States of America,
13
                Respondent.
14                                              /
15   Sixty-Three Strategic Inv. Funds, et al.,        NO. C 05-01123 JW
16              Petitioners,
        v.
17
     United States of America,
18
                Respondent.
19                                              /
20
     Sixty-Three Strategic Inv. Funds, et al.,        NO. C 05-01996 JW
21
                Petitioners,
22      v.
23   United States of America,
24              Respondent.
                                                /
25
26
27
28

| | | |
|---|---|---|
| 1 | Twenty-Two Strategic Inv. Funds, et al., | NO. C 05-02835 JW |
| 2 | Petitioners, | |
| | v. | |
| 3 | United States of America, | |
| 4 | Respondent. | |
| 5 | / | |
| 6 | Twenty-Two Strategic Inv. Funds, et al., | NO. C 05-03887 JW |
| 7 | Petitioners, | **ORDER VACATING HEARING ON MOTIONS AND PRETRIAL CONFERENCE** |
| | v. | |
| 8 | United States of America, | |
| 9 | Respondent. | |
| 10 | / | |

These related cases are scheduled for a hearing on Respondent's Motions for Summary Judgment on June 25, 2012. Upon review, the Court finds it appropriate to take Respondent's Motions under submission without oral argument. <u>See</u> Civ. L.R. 7-1(b). Accordingly, the Court VACATES the June 25 hearing.

In addition, these cases are scheduled for a Preliminary Pretrial Conference on July 9, 2012. In light of the pending dispositive Motions, the Court finds that a Pretrial Conference would be premature at this time. Accordingly, the Court VACATES the Pretrial Conference. The Court will set a new date for the Pretrial Conference in its Order addressing the Respondent's Motions.

Dated: June 21, 2012

_James Ware_
JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adair Ford Boroughs adair.f.boroughs@usdoj.gov
David A. York david.york@lw.com
Margaret Tough margaret.tough@lw.com
Steven Mark Bauer steve.bauer@lw.com
Stuart David Gibson Stuart.D.Gibson@usdoj.gov
Thomas Moore tom.moore@usdoj.gov

**Dated:  June 21, 2012**                                              **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
     **William Noble**
     **Courtroom Deputy**

**United States District Court**
For the Northern District of California